# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TYRONE DUNLAP JR., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cv-02394-RLH-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DWIGHT NEVEN, *et al.*, ) | Motion to Extend (#35) |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendants Dwight Neven, Cole Morrow, Isidro Baca, Gervais Gayle, Robert Owens, Bruce Stroud and Kelly Mellinger's Motion to Extend Time to File Response to Complaint (#35), filed April 14, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendants request a 30 day extension of time to respond to Plaintiff's Amended Complaint (#24) due to personnel issues in the Attorney General's Office. The Court finds Defendants have shown good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time to File Response to Complaint (#35) is **granted**. Defendants will have until **May 16, 2011** to respond to Plaintiff's Amended Complaint (#24).

DATED this 18th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge